IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAMRON McALLISTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number CIV-15-371-C |
| | ) |
| TRAVIS W. WATKINS; and | ) |
| TRAVIS W. WATKINS, P.C., | ) |
| | ) |
| Defendants. | ) |

### J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Defendants' Motion for Summary Judgment should be granted, and Judgment is therefore entered on behalf of all Defendants and against Plaintiff.

DATED this 20th day of October, 2016.

*[signature]*

ROBIN J. CAUTHRON
United States District Judge